UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Criminal No. 08-cr-104-01-JD

<u>Michael Tyrance</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: October 21, 2008


cc:   Jessica Brown, Esq.
      Terry Ollila, Esq.
      U.S. Marshal
      U.S. Probation